1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARPENTERS SOUTHWEST          )        CASE NO. CV10-4472-AHM (FMOx)
     ADMINISTRATIVE                )
12   CORPORATION, et al.,          )        ORDER REMOVING CASE
                                   )        FROM ACTIVE CASELOAD BY
13              Plaintiff(s),      )        VIRTUE OF BANKRUPTCY
                                   )        FILING
14         v.                      )
                                   )
15   OVER THE TOP STAGING, INC.,   )
     et al.,                       )
16                                 )
                Defendant(s)       )
17   _____      )

18         The Court having been notified that Defendant Over the Top Staging, Inc.

19   has filed a Chapter 7 Bankruptcy Petition,

20         IT IS HEREBY ORDERED that this action is removed from the Court's

21   active caseload until further application by the parties or Order of this Court.

22         IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual

23   status report commencing on December 13, 2010.

24         This Court retains jurisdiction over this action and this Order shall not

25   prejudice any party to this action.

26         IT IS SO ORDERED.

27   DATED:   August 13, 2010

                                             _____
                                             A. Howard Matz
28   **JS-6**                                United States District Judge